UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    Case No. 3:16CR92(SRU)

     -v-
                                            December 13, 2017
SHANNON CALHOUN

## **MOTION TO DISMISS**

     The United States of America by John H. Durham, United States Attorney for the District

of Connecticut, and Rahul Kale, Assistant United States Attorney, respectfully request that the

Court dismiss the above-captioned case.   The Government cannot prove the charges in the

indictment beyond a reasonable doubt because the evidence necessary to prosecute the case has

been suppressed, the Government made a decision not to appeal the suppression decision, and

the time to file a Government's appeal has passed.

               Respectfully Submitted,

               JOHN H. DURHAM
               UNITED STATES ATTORNEY
                /s/

               RAHUL KALE
               ASSISTANT UNITED STATES ATTORNEY
               United States Attorney's Office
               1000 Lafayette Boulevard, 10TH Floor
               Bridgeport, Connecticut      06604

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2017, a copy of the foregoing was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/
_____
RAHUL KALE
ASSISTANT U.S. ATTORNEY